**Motion Granted and Order filed July 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00465-CV
_____

**DUBAI FINANCIAL, LLC, Appellant**

**V.**

**VIAJES GERPA, S.A., Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-76087**

## ORDER

This is an appeal from a judgment signed February 26, 2015. On June 11, 2015, Seyed Reza Fazeli filed a motion to withdraw his notice of appeal. *See* Tex. R. App. P. 42.1. The motion is GRANTED.

Appellant Seyed Reza Fazeli is ordered DISMISSED from the appeal.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise..